Pro Se 1 2016

```
____ FILED       ____ ENTERED
____ LODGED      ____ RECEIVED

SG      DEC 27 2018

         AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Crystal Carpenter

Plaintiff(s),

v. President Joe Biddein

Defendant(s).

CASE NO. 18 CV-01871 MAT
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes  ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Crystal Carpenter
Street Address: 1830 9th Ave.
City and County: Seattle, Washington
State and Zip Code: Washington 23869
Telephone Number: 808-260-8354

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

B.   Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: All those Listed in Brief
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

    Name __All those listed in__

    Job or Title *(if known)* __Brief and or Motion__

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__2441, 6442__

_____

_____

1  B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2       1.   The Plaintiff(s)

3            a.   If the plaintiff is an individual.

4  The plaintiff (name) __Crystal Carpenter__ is a citizen of the

5  State of (name) __Washington__.

6            b.   If the plaintiff is a corporation.

7  The plaintiff, (name) __Jewel Carpenter's staffing- and Law services LLC__, is incorporated under

8  the laws of the State of (name) __Washington__, is incorporated under

9  the laws of the State of (name) __Washington__, and has its principal

10 place of business in the State of (name) __Hawaii__.

11 (If more than one plaintiff is named in the complaint, attach an additional page providing
12 the same information for each additional plaintiff.)

13      2.   The Defendant(s)

14           a.   If the defendant is an individual.

15 The defendant, (name) __Joe President Biddein__, is a citizen of the

16 State of (name) __Washington D.C.__. Or is a citizen of

17 (foreign nation) __United States of America__

18           b.   If the defendant is a corporation.

19 The defendant, (name) __All Listed in Brief, and or motion__ is incorporated under

20 the laws of the State of (name) __Washington__, and has its principal

21 place of business in the State of (name) __Washington__.

22 Or is incorporated under the laws of (foreign nation) __N/A__,

23 and has its principal place of business in (name) __United states governments__

24 (If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

N/A

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2016

1 purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2 (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3 reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4 identified, will likely have evidentiary support after a reasonable opportunity for further

5 investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6 Rule 11.

7 I agree to provide the Clerk's Office with any changes to my address where case-related

8 papers may be served. I understand that my failure to keep a current address on file with the

9 Clerk's Office may result in the dismissal of my case.

10 Date of signing: 12-27-2018

11 Signature of Plaintiff: *Crystal Carpenter*

12 Printed Name of Plaintiff: CrystAL CArpenteR

14 Date of signing: 12-27-2018

15 Signature of Plaintiff: *Crystal Carpenter*

16 Printed Name of Plaintiff: CrystAL CArpenteR

18 Date of signing: 12-27-2018

19 Signature of Plaintiff: *Crystal Carpenter*

20 Printed Name of Plaintiff: CrystA CArpEnter

COMPLAINT FOR A CIVIL CASE - 6

December 23, 2018

## Religion Law

In Accordance to the Religion Law which was originated in Pendelton, Austria in 1782 by

The Klu Klux Klan, The founder at the time being Aaron James Felon who was Secretary

Of the Apaulate Courts.

In referencing the State Statute of Pennsylvania's Religion Law: 244.6441,

Reginald Reutger Howard vs. The State.

Mr. Howard's wife was harassed repeatedly after being raped, tortured,

And tormented by numerous assalents within the black community known as Hanson

Maryland in Pennsylvania.

Reginald Reutger Howard along with his children were repeatedly harassed and tormented in

Regards to wife's raped for over a period of three years. The affected his capitalism, his well being,

His integrity, and his character in which caused his family to be estranged.

After numerous Litigations filed within the District Courts of Hanson Maryland, Pennsylvania

Which included police reports, medical records, and police statements. No arrest were ever made,

And no monies were ever paid towards any damages and or mental distress.

Last but not least, Mr. Howard turned to his church group within the community for support due

To the fact that he could no longer support his family under these strainuous, horrific conditions.

Now according to State Statute of Pennsylvania 244.6441 which states Christianity will allow one to

Supercede the with enough fire power necessary to shut down one's assalents permanently.

Keep in mind Christianity created capitalism back in 1605 also within the Apaulate Court in Pendleton,

Austria which was necessary to maintain and equate the economy. This was created by Secretary of

First Apaulate John Edward Lewer.

I Crystal E. Carpenter have filed litigations back in March 22nd of 2017 against these defendants:

Hillary Clinton

Donald Trump

Cole Hauser

Michelle and Barack Obama

Taranjii P. Henson

Mary J. Blidge

Tyler Perry

Kevin Hart

Alicia Keys

Brad Pitt

Angelina Jolie

Vivica A. Fox

Ann R. Harvis

Michelle Williams

Anthony Leophy Davis

Michael Anthony Davis

Erin Nicole Curry Brown

This Petition also pertains to:

Eddie Murphy

Martin Lawrence

Sherman Infiar

Daniel Edward Peters

Janet Jackson

Eric Kaleyn Progasnienian

Sanaa Lathan

Daryl and Patricia Mcguillis

Ralph Cowen

Aaron Franklin Felon

Daniel Franklin Benjaman

Jordan Sparks

Within my litigation I did referenced the murder of my daughter Jordan Christina Raleigh along with my granddaughter Jordina Elaine Raleigh. Each were kidnapped, raped, tortured, decapitated, then murdered in the White House in Washington D.C.

The police reports for Jordan and Jordina Raleigh's murder were filed in Washington D.C. and in Montpelier, Vermont back in April 22nd, 2014.

At this juncture myself, Crystal Elaine Carpenter along with my Two other Children and Their father which are David James Carpenter III, Alexander Christopher Curry, and Jewel Patricia Ann Carpenter, along with others such as Jeff Akuna who has been my main support as far as Housing and or Shelter is concerned, and who love ones were and may have been also murdered by these people may file the same complaint with the Federal Courts have the right to obtain enough firepower to shut these people down permanently.

Due to fact that I and my children have fled from Florida, Georgia, Hawaii, and now Seattle Washington. It has been impossible for me to support my family as I am now pregnant and under the constant scrutiny, aggravating, tormenting, and strainuous attacks on my character, my integrity, stifling of my capitolism, using my company's name along with mind and my daughter's name for sextrafficking purposes, consistently impersonating my god himself to me as I stated my prayer's for his strength, guidance, support his love to provide for me and my unborn, bibilically stating "His Apostels." along with his love to me personally within the church and within my own Life. I have filed a police report last but not least with the Honolulu police department in regards to my Bible, business attire, along with other work items that have also been stolen by these people, this report was filed back on September 15th, 2018.

As I stated in my Sanction of all those I filed Litigation against, Christianity which created Capitolism shall now take place.


Thank You

Crystal E. Carpenter

*Crystal Carpenter* (signature)