UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRYSTAL CARPENTER,

        Plaintiff,

v.

JOE BIDEN, et al.,

        Defendants.

CASE NO. C18-1871-RAJ

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED and this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P. 12(h)(3); and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 22nd day of February, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge